IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-209 |
| vs. | ORDER |
| SERVANDO V. URIAS, | |
| Defendant. | |

The defendant has filed what the Court understands to be a *pro se* motion seeking relief under U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Filing 424. Pursuant to Gen. Order 2025-02,

IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed to represent the defendant for the limited purpose of determining whether he may qualify for relief under the amendments to the United States Sentencing Guidelines referenced in this Order. To the extent the defendant may qualify for relief, the Office of the Federal Public Defender is also appointed to file the appropriate motion for relief.

2. In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal Justice Act Plan, the Federal Public Defender shall provide the Court with a draft appointment order (CJA Form 20) bearing the name and

      other identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.

3. The defendant's *pro se* motion (filing 424) will be held in abeyance pending action by the Federal Public Defender.

4. The United States Probation Office for the District of Nebraska is directed to review the defendant's eligibility for relief under the amendments to the United States Sentencing Guidelines referenced in this Order and prepare and file a worksheet regarding such eligibility.

5. The Clerk of the Court shall give notice of this order to the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

6. If upon his review the Federal Public Defender should conclude that the defendant's motion is frivolous or should not move forward, the Federal Public Defender shall move to withdraw as counsel.

Dated this 22nd day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge