IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-209 |
| vs. | ORDER |
| SERVANDO V. URIAS, | |
| Defendant. | |

The defendant has filed a motion seeking relief under U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Filing 428. The government has not responded to the motion. *See* NECrimR 12.3(c)(1)(B).

Based on the information set forth in the motion and the probation office's retroactive sentencing worksheet, the Court finds that the defendant is eligible for a sentence reduction to time served. *See* filing 426. Accordingly,

1. The defendant's motion to reduce sentence (filing 428) is granted.

2. The defendant's *pro se* motion to reduce sentence (filing 424) is denied as moot.

3. The defendant's sentence will be reduced by separate order.

Dated this 28th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge